**TALG, NV, LTD.**
Ismail Amin, Esq.
Nevada Bar No. 9343
Carlyn R. Nordling, Esq.
Nevada Bar No. 16943
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Facsímile: (949) 266-8406
iamin@talglaw.com
cnordling@talglaw.com
*Attorneys for Defendant*

TALG, NV, LTD.
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Phone: (702) 954-3861 / Fax: (949) 266-8406

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| XCMG North America Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CanLift Equipment Ltd.,<br><br>Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Defendant CanLift Equipment, Ltd. (“Defendant”) notifies the Court of the following:

1. On or about April 17, 2026, a civil action captioned *XCMG North America Corporation v. CanLift Equipment Ltd.*, Case No. A-26-94433-C was filed in the Eighth Judicial District Court of Clark County, Nevada. Defendant received notice of the Summons and Complaint on April 24, 2026. To the best of Defendant’s knowledge, **Exhibit A** constitutes all process, pleadings, and orders which have been filed in such case to date.

2. The Complaint asserts three (3) causes of action against Defendant, including for breach of contract and unjust enrichment related to Defendant’s alleged failure to honor its contractual obligations. The Complaint seeks damages in excess of $1,000,000.00.

3. The federal statute governing diversity jurisdiction, 28 U.S.C. § 1332 gives federal courts jurisdiction over actions between citizens of a state and citizens of a foreign state if the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a).

TALG, NV, LTD.
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Phone: (702) 954-3861 / Fax: (949) 266-8406

4. The above-captioned action is a civil action in which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff XCMG North America Corporation ("Plaintiff") is domiciled in Delaware as that is its state of incorporation. Defendant is a citizen of a foreign state as it is a foreign corporation organized under the laws of Ontario, Canada. Therefore, complete diversity exists among all the parties.

5. The amount in controversy also exceeds $75,000.00 excluding costs, fees, and interest.

6. As this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332, the action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. Venue of this removal is proper under 28 U.S.C. § 1441(a) as this Court is the United States Court for the District corresponding to the location of the pending state court action.

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of notice of the Complaint and has therefore been timely filed.

9. Written notice of this filing is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and shall be served upon all parties together with a copy of this notice pursuant to 28 U.S.C. § 1446(d).

10. Defendant expressly reserves each and every defense available to the allegations contained in the Complaint.

WHEREFORE, Defendant respectfully notifies the Court of the removal of this action from the Eighth Judicial District Court, Clark County, Nevada.

Dated: May 15, 2026

TALG, NV, LTD.

By: *<u>/s/ Ismail Amin.</u>*_________________
Ismail Amin, Esq. (Bar No. 9343)
Carlyn R. Nordling (Bar No. 16943)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
*Attorneys for Defendant*

TALG, NV, LTD.
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Phone: (702) 954-3861 / Fax: (949) 266-8406

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on May 15, 2026, I served the foregoing **NOTICE OF REMOVAL** via electronic mail and by depositing a copy in the United States Postal Mail via first-class service, postage prepaid to the following:

**Gurstel Law Firm, P.C.**
Nikki Dupree-O'Brien, Esq.
Sherry A. Moore, Esq. (#11215)
Juliet McCarthy, Esq. (#10401)
Janice Jacovino, Esq. (#11612)
Leigh J. Merrill, Esq. (#17099)
376 E Warm Springs Rd Ste 240
LAS VEGAS NV 89119
NVcourt@gurstel.com
*Attorneys for Plaintiff*

*/s/ Kavita Narh*
An employee of TALG, NV, LTD.