**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

XCMG North America Corporation,

              Plaintiff(s),

vs.

CanLift Equipment, Ltd.,

              Defendant(s).

Case #2-26-cv-01508-APG-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

___Andrea Deleon Cruz___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Kutak Rock LLP
(firm name)

with offices at _____1650 Farnam Street_____,
(street address)

___Omaha___, ___Nebraska___, ___68102___,
(city)          (state)       (zip code)

___402-346-6000___, ___andrea.deleoncruz@kutakrock.com___,
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___XCMG North Amer icaCorporati on___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____May 13, 2025_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC N.D. Cal. | April 2025 | 360936 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

California State Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Nebraska_____ )
                             )
COUNTY OF _____Douglas_____ )

____Andrea Deleon Cruz____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

10ᵗʰ day of June, 2026.

_____
Notary Public or Clerk of Court

GENERAL NOTARY - State of Nebraska
ANDREA AGUILAR
My Comm. Exp. July 17, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Brenoch R. Wirthlin_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____400 S. 4th Street, Suite 300_____,
(street address)

_____Las Vegas_____ , _____Nevada_____ , _____89101_____ ,
(city)                (state)              (zip code)

_____702-529-1201_____ , _____bwirthlin@wirthlinlawfirm.com_____ .
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Brenoch R. Wirthlin _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

XCMG North America Corporation CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10282                         bwirthlin@wirthlinlawfirm.com
Bar number                    Email address

APPROVED:

Dated: this 15th day of June , 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

(With Complaint Check Attached)

**ISSUE DATE:** 3/26/2026

**LICENSEE NAME:** Andrea Alejandra Deleon Cruz

**LICENSEE BAR NUMBER:** 360936

**LICENSEE STATUS:** Active

**ADMIT DATE:** 5/13/2025

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Andrea Alejandra Deleon Cruz's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*