**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XCMG North America Corporation,

        Petitioner,

vs.

CanLift Equipment Ltd.,

        Defendant.

Case No. 2:26-cv-01508-APG-MDC

**ORDER GRANTING MOTION TO EXTEND** *NUNC PRO TUNC* **(ECF NO. 11)**

The Court has reviewed the petitioner's *Motion to Extend Time* (ECF No. 11) ("Extend Motion"), where petitioner requests for a 14-day extension to file a response to defendant's *Motion to Quash Service of Summons and Complaint* (ECF No. 9) ("Quash Motion"). Petitioner seeks an extension to "determine the facts surrounding service and… gather additional evidence bearing on the identity and authority of the individual who accepted service on April 24, 2026." *ECF No. 11* at 3. Defendant did not file an opposition to the Extend Motion and therefore consents to it being granted. LR 7-2(d). Therefore, the Court **GRANTS** the Extend Motion *nunc pro tunc*.

ACCORDINGLY,

**IT IS ORDERED that:**

Petitioner's *Motion to Extend Time* (ECF No. 11) is **GRANTED** *nunc pro tunc*.

DATED: June 24, 2026

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1