WIRTHLIN & VERLAINE
Brenoch "Nick" Wirthlin, Esq.
Nevada Bar No. 10282
400 s. 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 529-1201
Facsimile: (702) 213-0294
Email: bwirthlin@wirthlinlawfirm.com

*Admitted Pro Hac Vice*
Lisa M. Peters, Esq.
Andrea Deleon Cruz, Esq.
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Email: lisa.peters@kutakrock.com
Email: andrea.deleoncruz@kutakrock.com
*Attorneys for Plaintiff/Petitioner*
*XCMG North America Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XCMG North America Corporation,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CanLift Equipment, Ltd.,<br><br>Defendant. | Case No.: 2-26-cv-01508-APG-MDC<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED and AGREED that KUTAK ROCK LLP and WIRTHLIN & VERLAINE be substituted in the place and stead of Gurstel Law Firm P.C. as counsel for Plaintiff/Petitioner XCMG North America Corporation ("XCMG" or "Plaintiff").

DATED this 1st day of July, 2026.

GURSTEL LAW FIRM, P.C.

By: */s/ Sherry A. Moore*
Juliet McCarthy, Esq.
Leigh J. Merrill, Esq.
Sherry A. Moore, Esq.
Gurstel Law Firm, P.C.
8495 W Sunset Rd., Ste 200
Las Vegas, NV 89128
leigh.merrill6@gmail.com
smoore@gurstel.com

The undersigned hereby consents to be substituted in as the attorneys for Plaintiff/Petitioner XCMG.

DATED this 14 day of July, 2026.

WIRTHLIN & VERLAINE
Brenoch "Nick" Wirthlin, Esq.
Nevada Bar No. 10282
400 s. 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 529-1201
Facsimile: (702) 213-0294
Email: bwirthlin@wirthlinlawfirm.com

*Admitted Pro Hac Vice*
Lisa M. Peters, Esq.
Andrea Deleon Cruz, Esq.
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Email: lisa.peters@kutakrock.com
Email: andrea.deleoncruz@kutakrock.com
*Attorneys for Plaintiff/Petitioner*
*XCMG North America Corporation*

The undersigned hereby consents to the withdrawal of Gurstel Law Firm, P.C. as its counsel of record and further consents to the substitution of KUTAK ROCK LLP and WIRTHLIN & VERLAINE as its new counsel of record.

DATED this 15 day of July, 2026.

XCMG North America Corporation

By: LT Naichao Li

Name: Naichao Li

Its: Chief Executive Officer

The substitution of attorney is hereby APPROVED and so ORDERED.

DATE: August 18, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE