**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XCMG NORTH AMERICA CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>CANLIFT EQUIPMENT LTD.,<br><br>Defendant | Case No.: 2:26-cv-01508-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |
| CANLIFT EQUIPMENT LTD.,<br><br>Counterclaimant<br><br>v.<br><br>XCMG NORTH AMERICA CORPORATION and XCMG AMERICA FINANCIAL LLC,<br><br>Counter-Defendants | |

I ORDER that counter-defendant XCMG America Financial LLC's certificate of interested parties (ECF No.41) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify XCMG America's citizenship for diversity purposes as required by that rule. I remind XCMG America that as a limited liability company, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). XCMG America's certificate of interested parties thus must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.

I FURTHER ORDER counter-defendant XCMG America Financial LLC to file a proper certificate of interested parties by November 9, 2026.

DATED this 26th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE